1 | JAMES C. YOON, State Bar No. 177155
jyoon@wsgr.com
2 | RYAN R. SMITH, State Bar No. 229323
rsmith@wsgr.com
3 | WILSON SONSINI GOODRICH &
ROSATI P.C.
4 | 650 Page Mill Road
Palo Alto, California 94304-1050
5 | Telephone: (650) 493-9300
Fax: (650) 565-5100
6
Attorneys for Plaintiffs
7 | SZ DJI Technology Co., Ltd. and DJI Europe B.V.

8 | UNITED STATES DISTRICT COURT

9 | CENTRAL DISTRICT OF CALIFORNIA

10

11 | SZ DJI Technology Co., Ltd. and DJI Europe B.V., ) CASE NO. 5:16-cv-595
)
12 | Plaintiffs, ) **PLAINTIFFS' CORPORATE PARTY DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES**
)
13 | v. )
)
14 | Yuneec International Co. Ltd. and Yuneec USA Inc. )
)
15 | Defendants. )
)
16 |  )

17

18

19

20

21

CORPORATE PARTY DISCLOSURE
STATEMENT AND NOTICE OF
INTERESTED PARTIES

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, the undersigned, counsel of record for Plaintiffs SZ DJI Technology Co., Ltd. and DJI Europe B.V. ("Plaintiffs" or "DJI"), hereby certifies and discloses that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

- The parties to this action, as listed in the above caption;
- iFlight Technology Co., Ltd., which is the parent corporation of SZ DJI Technology Co. Ltd. and DJI Europe B.V.

Dated: April 1, 2016

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ *James C. Yoon*
     James C. Yoon

Attorneys for Plaintiffs SZ DJI Technology Co., Ltd. and DJI Europe B.V.